IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KALA KACHMAR and THE          )
ADVERTISER COMPANY, INC.,     )
d/b/a The Montgomery          )
Advertiser,                   )
                              )
       Plaintiffs,            )
                              )    CIVIL ACTION NO.
       v.                     )    2:14cv1038-MHT
                              )         (WO)
DEPARTMENT OF VETERANS        )
AFFAIRS CENTRAL ALABAMA       )
VETERANS HEALTH CARE          )
SYSTEM,                       )
                              )
       Defendant.             )
```

JUDGMENT

Based on the representations made on the record on January 16, 2015, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) This lawsuit is dismissed in its entirety with prejudice but with leave to the plaintiffs to file, within 14 days from today's date, motions for attorney fees and costs.  If the plaintiffs do not file motions for attorney fees and costs within the time allowed,

the issues of attorney fees and costs will be considered resolved.

(2) The court retains jurisdiction over the issues of attorney fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of January, 2015.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE